UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 24 7882
CHOUDHURY, J.
TISCIONE, M.J.

_____Scange Volant_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO ____

-against-

Nassau County

Dr Henning

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 8 2024 ★
LONG ISLAND OFFICE

RECEIVED
NOV - 8 2024
EDNY PRO SE OFFICE

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _____Scange Volant_____

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center
Ulster Correctional facility

Prisoner ID Number: ~~23006048~~ 24R2714

1

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Nassau County
Full Name

_____
Job Title

1 West st mineola, NY 11501
Address

Defendant No. 2

Dr Henning
Full Name

_____
Job Title

administrative doctor
100 Carman AVE, East meadow NY. 11554
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

|  |  |
|---|---|
|  | _____ |
|  | Address |
| Defendant No. 4 | _____ |
|  | Full Name |
|  | _____ |
|  | Job Title |
|  | _____ |
|  | _____ |
|  | Address |
| Defendant No. 5 | _____ |
|  | Full Name |
|  | _____ |
|  | Job Title |
|  | _____ |
|  | _____ |
|  | Address |

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _At the Nassau County Correctional Center_

When did the events happen? (include approximate time and date) _It started a couple weeks after my incarceration around mid-or late September 2023_

3

Facts: (what happened?) Shortly after my incarceration at the NCCC, I had trouble sleeping due to severe itching and burning over my whole body that would keep me up all night. I started having bumps all over my body, mostly my back, face, feet and my arms. Without knowing what was going on I thought it was a case of bad bed bugs even tho I had seen any, I started washing my clothes, ~~...~~ and cover. Which was pointless as my situation got worst I put in a sick call, then I explained the situation to the doctor, who told my im having an allergic reaction to the wool blanket I been using, told me its a common thing in the facility. And would put a request for me to get a different type of blanket which is cotton blanket they have for cases like this, after putting the request for the cotton blanket I was also prescribed some cream and pills for the allergy. After weeks of not receiving the cotton blanket, I put another sick call another doctor put in another request, then over the course of months about 5 different request was made

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

daily itching and burning, sores, and bumps all over my body, lose of sleep, dry skin, open wounds

I was given a pill once a day for a week for allergies and some allergies cream that's all the treatment I was received

4

by different doctors of the institution, after each request, they told me somebody in the higher ups meaning the administration was denying each and every one of them. And they don't know the reason behind it. And my situation was getting worst each and every day I couldn't sleep, I was forced to use the wool blanket every night. I keep having allergic reaction severe itching, dry skin, bumps, sores I was in pain for months. After putting multiple resquests for me to get the cotton blanket the last doctor I spoke to told me, aint nothing they can do its up to the administration, we have done everything, they just not going to accept them. My medical needs has been ignored by the people of this administration during my time at the NCCC, which result of every day pain and suffering.

Signature of Plaintiff

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

I'm Seeking $750,000.00 for pain and suffering and punitive damage for $150,000.00

I declare under penalty of perjury that on __11-04-24__, I delivered this
(date)
complaint to prison authorities at __Ulster Correctional facility__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-04-24

_____
Signature of Plaintiff

Ulster Correctional facility
Name of Prison Facility or Address if not incarcerated

750 Berme Rd
PO Box 800
Napanoch New York 12458
Address

24R 2714
Prisoner ID#

rev. 12/1/2015

ULSTER CORRECTIONAL FACILITY
P.O. Box 800
Napanoch, N.Y. 12458
NAME: George Volant DIN-24R224

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 08 2024 ★
LONG ISLAND OFFICE

ALBANY NY 120
6 NOV 2024 PM 2 L
ULSTER CORRECTIONAL FACILITY

NEOPOST
11/05/2024
US POSTAGE $000.97⁰
FIRST-CLASS MAIL
ZIP 12458
041M11280434

CLERKS OFFICE
United States District Court, EDNY
100 Federal PLAZA
Central Islip, New York 11722
Attn: Pro se Office

1172284469 C003

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Scouge Count  DIN: 24R2214

Printed On Recycled Paper